# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MARK HARRIS, ET AL.**  **CIVIL ACTION**

**VERSUS**  **NO. 21-174-SDD-RLB**

**HANNAH GETTY, ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on June 10, 2021.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK HARRIS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-174-SDD-RLB** |
| **HANNAH GETTY, ET AL.** | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This Report and Recommendation is issued sua sponte. This matter is before the Court on Plaintiffs' Complaint (R. Doc. 1) filed on March 25, 2021. On April 7, 2021, the Court entered an Order (R. Doc. 2) reminding plaintiffs of their responsibility to pay the Court's $402 filing fee or submit a Motion to Proceed in forma pauperis. Plaintiffs were given 21 days from the date of that Order to submit payment or file an appropriate motion. Plaintiffs did neither.

On May 6, 2021, the Court entered an Order to Show Cause advising plaintiffs to show cause as to why claims should not be dismissed for failure to pay the Court's filing fee or file a Motion to Proceed in forma pauperis. Plaintiffs were again given 21 days from the date of that Order to file a response to the show cause order, file a motion, or pay the Court's filing fee. Again, Plaintiffs did neither.

A review of the record indicates that both Orders (R. Docs. 2 and 3) were sent to plaintiffs at the addresses on the docket and plaintiffs have failed to respond or comply with Court orders.

**RECOMMENDATION**

It is the recommendation of the Magistrate Judge that plaintiffs' claims be dismissed, without prejudice, for failure to pay the Court's filing fee.

Signed in Baton Rouge, Louisiana, on June 10, 2021.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**